463

B.E.E. INTERNATIONAL, LTD., B.E.E. International, Inc., and Tal Shechter, Plaintiffs–Appellants,

v.

Michael HAWES, Nicole Hawes, Belovo Incorporated and Belovo SA, Defendants–Appellees.

No. 06–1241.

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

HAKAN LANS, Plaintiff–Appellant,

v.

GATEWAY 2000, INC., Defendant–Appellee,

and

Adduci, Mastriani & Schaumberg, L.L.P., Intervenor–Appellee.

Hakan Lans, Plaintiff–Appellant,

v.

Dell Computer Corporation, Defendant–Appellee.

Uniboard Aktiebolag, Plaintiff–Appellant,

v.

Acer America Corp., Defendant,

and

AST Research, Inc., Compaq Computer Corporation, and Digital Equipment Corporation, Defendants,

and

Dell Computer Corporation, Defendant–Appellee,

and

Gateway 2000, Inc., Defendant–Appellee,

and

Hewlett–Packard Company, Defendant.

Nos. 2006–1070, 2006–1160, 2006–1163.

United States Court of Appeals, Federal Circuit.

Oct. 11, 2006.

464

Before GAJARSA, LINN, PROST Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**DENTSPLY INTERNATIONAL, INC. and Dentsply Research & Development Corp., Plaintiffs–Appellants,**

v.

**HU–FRIEDY MFG. CO., INC., Defendant–Appellee.**

No. 05–1612.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.